IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD DIPPLE *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 12-1415 |
| MICHAEL R. ODELL *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 2nd day of May, 2012, upon careful consideration of plaintiffs' motion for expedited discovery (Document No. 13), and defendants' response, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

 /s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge