IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD DIPPLE, ET AL. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| MICHAEL R. ODELL, ET AL. | : NO. 12cv1415 |

ORDER

**AND NOW,** this 23rd day of May, 2012, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[]   -   Order staying these proceedings pending disposition of a related action.

[]   -   Order staying these proceedings pending determination of arbitration proceedings.

[]   -   Interlocutory appeal filed

[X]   -   Other: Plaintiffs request that the action be placed in civil suspense pending a determination as to whether the Gores Group will go forward with the proposed buyout of the shares of Pep Boys common stock. Defendants consent to the placement of the action in civil suspense. The action will be restored to the court's active docket at the letter request of either party. The court retains jurisdiction of the case and this order does not prejudice the rights of either party.

it is
**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

s/William H. Yohn Jr.
WILLIAM H. YOHN JR., J.

Civ. 13 (8/80)