## KOHN, SWIFT & GRAF, P. C.

ONE SOUTH BROAD STREET, SUITE 2100

PHILADELPHIA, PENNSYLVANIA 19107-3304

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
DENIS F. SHEILS †◊
DOUGLAS A. ABRAHAMS *
WILLIAM E. HOESE
STEVEN M. STEINGARD *
STEPHEN H. SCHWARTZ †
CRAIG W. HILLWIG
CHRISTINA D. SALER *
NEIL L. GLAZER †
JARED G. SOLOMON
BARBARA L. MOYER †

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
E-MAIL: JKOHN@KOHNSWIFT.COM

HAROLD E. KOHN
1914-1999

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

† ALSO ADMITTED IN NEW YORK
◊ ALSO ADMITTED IN NEVADA
* ALSO ADMITTED IN NEW JERSEY

May 31, 2012

**VIA HAND DELIVERY**

Honorable William H. Yohn, Jr.
United States District Court
Eastern District of Pennsylvania
14613 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> RE:   *Edward Dipple, et al. vs. Michael R. Odell, et al.*
> **Civil Action No. *12-01415***

Dear Judge Yohn:

Given the turn of events, plaintiffs agree with Mr. Sonnenfeld that the case is now moot, and should be transferred to the active docket from the civil suspense docket, and dismissed pursuant to the attached Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i).

On behalf of all plaintiffs, I want to thank Your Honor for your attention to this matter.

Respectfully yours,

Joseph C. Kohn

JCK/kw

Enclosure

cc:     Marc J. Sonnenfeld, Esquire (via electronic and first class mail, w/encs.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIPPLE *et al.,*                                    )
                                                    )
                     Plaintiffs,                    )
                                                    )
            v.                                      )
                                                    )   Case No. 12-cv-01415-WY
ODELL *et al.,*                                     )
                                                    )
                     Defendants.                    )
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

hereby give notice of their voluntary dismissal of this action.  Dismissal of this action shall be

without prejudice and each party shall bear their own costs.  Defendants have not filed their

answers or motions for summary judgment with respect to Plaintiffs' complaint.

Dated:  May 31, 2012                    /s/ Joseph C. Kohn
                                        Joseph C. Kohn Attorney ID No. 36565
                                        Denis F. Sheils Attorney ID No.  48888
                                        William E. Hoese Attorney ID No. 41787
                                        Barbara L. Moyer Attorney ID No. 307530
                                        **KOHN, SWIFT & GRAF, P.C.**
                                        One South Broad Street
                                        Suite 2100
                                        Philadelphia, PA 19107
                                        Tel.:  (215) 238-1700


                                        *Lead Counsel for Plaintiffs*

92608

**WOLF HALDENSTEIN ADLER FREEMAN**
**& HERZ LLP**
Gregory M. Nespole
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel.:  (212) 545-4600

**LEVI & KORSINSKY, LLP**
Donald J. Enright
30 Broad Street
15th Floor
New York, NY  10004
Tel.:  (212) 363-7500

**FARUQI & FARUQI, LLP**
Jacob A. Goldberg
Sandra G. Smith
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Tel.: (215) 277-5770

**MILBERG LLP**
Benjamin Y. Kaufman
Gloria Melwani
One Pennsylvania Plaza
49th Floor
New York, NY 10119
Tel.: (212) 594-5300

**MEREDETH & NARINE**
Krishna B. Narine, Esq.
1521 Locust Street, 8th Floor
Philadelphia, PA 19103
Tel.: (215) 564-5182

**GOLDFARB BRANHAM LLP**
Hamilton Lindley
2501 N. Harwood Street, Ste. 1801
Dallas, TX 75201
Tel.: (214) 583-2257

*Additional Counsel for Plaintiffs*

92608

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2012, I caused a true and correct copy of the foregoing

*Notice of Voluntary Dismissal* to be served via electronic mail and United States mail, first-class,

postage prepaid upon the following.

Marc J. Sonnenfeld, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
msonnenfeld@morganlewis.com

Denis F. Sheils, No 48888
**KOHN SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700

*Lead Counsel for Plaintiffs*

92613